**STUART HANLON (CSBN. 066104)**
**LAW OFFICES OF HANLON AND RIEF**
**1663 Mission Street, Suite 200**
**San Francisco, California 94103**
**Telephone: (415) 864-5600**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br> )<br>vs. )<br> )<br>CLAUDIA MUNOZ, )<br> )<br>Defendants. )<br> )<br> )<br> ) | Case No.: CR 16-00382-HSG<br><br>Stipulation and [Proposed] Order Re: Modification of Release Conditions |

The original release conditions for Ms. Munoz, who is on pre-trial release, included a stay-away-order from all co-defendants, including Oscar Escalante, who is the father of their child in common, a six-year-old daughter.  Ms. Munoz is now released and living at her home with her two daughters, said six-year-old and a 20-year-old. Mr. Escalante remains detained.

Because of the need for Mr. Escalante to have contact with his six-year-old daughter, which is in the best interest of the child, the parties stipulate as follows:

1. Defendant Munoz shall be allowed to aid her daughter in sending pictures, which the daughter is drawing, to Mr. Escalante;

2. Mr. Escalante may mail letters to his daughter and address them in care of the defendant at the family home. Ms. Munoz will be allowed, as will her 20-year-old daughter, to read the letters to the six-year-old child from her father.

3.  The father, Mr. Escalante, shall be allowed to make calls to Ms. Munoz's cell phone and/or home phone for the sole purpose of speaking to his six-year-old daughter.  If Ms. Munoz answers the phone, she shall, after exchanging a hello, hand the phone to her daughter.  The daughter shall be allowed to have these phone calls with her father.

4.  It is agreed that Ms. Munoz shall not use this exchange of letters and/or phone calls to have any communication with Mr. Escalante regarding any issues involving or related to the present case. The phone calls from jail shall be monitored by the jail and available to the Government for inspection, as will the letters from Mr. Escalante to his daughter.

5.  It is understood that if Ms. Munoz uses this communication in any way to have contact with her co-defendant, Mr. Escalante, about the case or any issue outside of their daughter, it may be construed as a violation of her pre-trial release conditions and can be cause for to be returned to custody.

Dated:  September 21, 2016

/s/ FRANK RIEBLI
FRANK RIEBLI
Assistant United States Attorney


/s/ STUART HANLON
STUART HANLON
Attorney for Defendant
CLAUDIA MUNOZ


/s/ ANGELA HANSEN
ANGELA HANSEN
Attorney for Defendant
OSCAR ESCALANTE

**STUART HANLON (CSBN. 066104)**
**LAW OFFICES OF HANLON AND RIEF**
**1663 Mission Street, Suite 200**
**San Francisco, California 94103**
**Telephone: (415) 864-5600**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR 16-00382-HSG |
| ) | |
| Plaintiff, ) | [Proposed] Order Re: Modification of Release |
| ) | Conditions |
| vs. ) | |
| ) | |
| CLAUDIA MUNOZ, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

## ORDER

Good cause appearing through stipulation of the parties, the pre-trial release conditions for

Claudia Munoz and Oscar Escalante shall be modified as follows:

1. Defendant Munoz shall be allowed to aid her daughter in sending pictures, which the

   daughter is drawing, to Mr. Escalante;

2. Mr. Escalante may mail letters to his daughter and address them in care of the

   defendant at the family home. Ms. Munoz will be allowed, as will her 20-year-old

   daughter, to read the letters to the six-year-old child from her father.

3. The father, Mr. Escalante, shall be allowed to make calls to Ms. Munoz's cell phone

   and/or home phone for the sole purpose of speaking to his six-year-old daughter.  If

   Ms. Munoz answers the phone, she shall, after exchanging a hello, hand the phone to

   her daughter.  The daughter shall be allowed to have these phone calls with her father.

4.  It is agreed that Ms. Munoz shall not use this exchange of letters and/or phone calls to

have any communication with Mr. Escalante regarding any issues involving or related

to the present case. The phone calls from jail shall be monitored by the jail and

available to the Government for inspection, as will the letters from Mr. Escalante to

his daughter.

It is understood that if Ms. Munoz uses this communication in any way to have contact with her

co-defendant, Mr. Escalante, about the case or any issue outside of their daughter, it may be

construed as a violation of her pre-trial release conditions and can be cause for to be returned to

custody.

**IT IS SO ORDERED.**


Dated:  9/23/16                                    _____

United States Magistrate Judge Kandis A. Westmore