STUART HANLON, SBN: 66104
SARA RIEF, SBN: 227279
LAW OFFICES OF HANLON & RIEF
1663 Mission Street, Suite 200
San Francisco, California 94103
(415) 864-5600

Attorneys for Defendant
CLAUDIA MUNOZ

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br>    Plaintiff, </br></br> v. </br></br> CLAUDIA MUNOZ, </br></br>    Defendant. | No. CR 16-00382 HSG </br></br> **STIPULATION AND [PROPOSED] ORDER FOR MODIFICATIONS OF PRETRIAL RELEASE** |

It is hereby stipulated by the parties that defendant herein, Claudia Munoz, be allowed to modify her pretrial release conditions. Ms. Munoz would travel by car to Tahoe on February 3, 2017 and return by car on February 6, 2017. Counsel for Ms. Munoz has spoken to pretrial services, Josh Libby, and he does not object to this travel. Ms. Munoz will provide all necessary information to pretrial prior to her departure.

**IT IS SO STIPULATED.**

Dated: January ___, 2017      /s/Frank Riebli
                              Assistant United States Attorney

Dated: January ___, 2017      /s/Stuart Hanlon, CSBN: 66104
                              LAW OFFICES OF HANLON & RIEF
                              179 11th Street, 2nd Floor
                              San Francisco, CA 94103
                              415/864-5600
                              stuart@stuarthanlonlaw.com

*Munoz: Request For Modification of Pretrial Release Conditions*                                    1

**[PROPOSED] ORDER**

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

DATED: This __12__ day of January, 2017

_____
Hon. United States Magistrate Judge Kandis A. Westmore

*Munoz: Request For Modification of Pretrial Release Conditions*   2