| | |
|---|---|
| 1 | STUART HANLON, SBN: 66104<br>SARA RIEF, SBN: 227279 |
| 2 | LAW OFFICES OF HANLON & RIEF<br>1663 Mission Street, Suite 200 |
| 3 | San Francisco, California 94103<br>(415) 864-5600 |
| 4 | |
| 5 | Attorneys for Defendant<br>CLAUDIA MUNOZ |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 16-00382 HSG |
| Plaintiff, | ) ) | |
| v. | ) ) ) | **STIPULATION AND [PROPOSED] ORDER FOR MODIFICATIONS OF PRETRIAL RELEASE** |
| CLAUDIA MUNOZ, | ) ) | |
| Defendant. | ) ) | |

It is hereby stipulated by the parties that defendant herein, Claudia Munoz, be allowed to modify her pretrial release conditions. Ms. Munoz would travel by car to Paso Robles to visit family on August 18, 2017 and return by car on August 20, 2017. Counsel for Ms. Munoz has spoken to pretrial services, Josh Libby, and he does not object to this travel. Assistant US Attorney Frank Riebli has no objection to this travel. Ms. Munoz will provide all necessary information to pretrial prior to her departure.

**IT IS SO STIPULATED.**

Dated: August 9, 2017      /s/Frank Riebli
                          Assistant United States Attorney

Dated: August 9, 2017      /s/Stuart Hanlon, CSBN: 66104
                          LAW OFFICES OF HANLON & RIEF
                          179 11th Street, 2nd Floor
                          San Francisco, CA 94103
                          415/864-5600
                          stuart@stuarthanlonlaw.com

*Munoz: Request For Modification of Pretrial Release Conditions*      1

**[~~PROPOSED~~] ORDER**

PURSUANT TO THE ABOVE STIPULATION, the pretrial release conditions for Claudia Munoz are amended to allow her to travel to Paso Robles on August 18, 2017 and return on August 20, 2017. IT IS SO ORDERED.

DATED: This ___16th___ day of August, 2017

_____
Hon. United States Magistrate Judge Kandis A. Westmore