STUART HANLON, CSBN: 66104
SARA RIEF, CSBN: 227279
Law Office of Hanlon & Rief
1663 Mission, 2nd Floor
San Francisco, CA 94103
Telephone: (415) 864-5600
Facsimile: (415) 865-0376
Email: stuart@stuarthanlonlaw.com

Attorneys for Defendant
CLAUDIA MUNOZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> CLAUDIA MUNOZ, ) <br> ) <br> Defendant. ) <br> ) <br> ) | No. CR 16-00382 HSG <br><br> **STIPULATION AND ORDER** <br> **TO CONTINUE SENTENCING HEARING** |

With no objection from the Government, Ms. Munoz requests this Court continue her currently set sentencing hearing of September 24, 2018 at 2:00 p.m. to November 5, 2018 at 2:00 p.m. Due to a clerical error, counsel for Ms. Munoz did not receive the proposed presentence report until September 7, 2018 just days before the final PSR was due to the court. Counsel had inquired to probation around the due date when it was not received and understood it would be late. However, when it was completed, it did not get sent to counsel. Further, Counsel (appointed) is now scheduled for knee surgery in late September, so dates in October are not available. Counsel has spoken to probation officer Karen Mar who is available on the proposed date.

Dated: September 12, 2018    /s/
STUART HANLON
SARA RIEF
Attorney for Defendant
CLAUDIA MUNOZ

Dated: September 12, 2018

/s/
FRANK RIEBLI
Assistant United States Attorney

# **ORDER**

GOOD CAUSE HAVING BEEN SHOWN,

**IT IS HEREBY ORDERED** that the currently set sentencing date of September 24, 2018 at 2:00 p.m. be continued to November 5, 2018 at 2:00 p.m.

Dated: September 13, 2018

_____
JUDGE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT